BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYDON CLYDE TETON, <br><br> Defendant. | Case No. CR-18-236-E-DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. §§ 924(c)(1)(A), 924(d), 1111 and 1153 |

The Grand Jury charges:

### COUNT 1

**Second Degree Murder**
**18 U.S.C. §§ 1111 and 1153**

On or about January 31, 2018, within the State and District of Idaho, and on the Fort Hall Shoshone Bannock Indian Reservation, the defendant, RYDON CLYDE TETON, an Indian, with malice aforethought, did unlawfully kill F.M., by shooting him with a gun, in violation of Title 18, United States Code, Sections 1111 and 1153.

**INDICTMENT** - 1

## COUNT TWO

### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 31, 2018, in the State and District of Idaho, the defendant, RYDON CLYDE TETON, knowingly carried and used a firearm, to wit: a Smith & Wesson, Model Bodyguard 380, .380 ACP caliber pistol, serial number KCL4522, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: second degree murder, a violation of 18 U.S.C. §§ 1111 and 1153, and discharged said firearm, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION

### Forfeiture
### 18 U.S.C. § 924(d)

Upon conviction of the offense alleged in Count Two of this Indictment, defendant RYDON CLYDE TETON, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

1. a Smith & Wesson, Model Bodyguard 380, .380 ACP caliber pistol, serial number KCL4522;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) Cannot be located upon the exercise of due diligence;

   (b) Has been transferred or sold to, or deposited with, a third party;

   (c) Has been placed beyond the jurisdiction of the court;

   (d) Has been substantially diminished in value; or

   (e) Has been commingled with other property which cannot be divided without difficulty;

INDICTMENT - 2

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated this 24th day of July, 2018.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 3